**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TEKEEYSHA KEYS, | Case No.: 2:22-cv-01389-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| TARGET CORPORATION, | |
| Defendant | |

Defendant Target Corporation indicated that it was filing a video exhibit in support of its motion for summary judgment. ECF No. 15-1. However, no such exhibit has been manually filed with the court.

I THEREFORE ORDER that if Target wants me to consider the video exhibit, it must comply with Local Rule LR IC 1-1(d) and provide a physical copy of the video to the court by December 15, 2023.

DATED this 5th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE