1  ALAN W. WESTBROOK, ESQ.
   Nevada Bar No. 006167
2  PERRY & WESTBROOK,
   A Professional Corporation
3  11500 S. Eastern, Suite 140
4  Henderson, NV 89052
   Telephone: (702) 870-2400
5  Facsimile: (702) 870-8220
6  Email: awestbrook@perrywestbrook.com
   *Attorney for Defendant Target Corporation*
7

8                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11 | TEKEEYSHA KEYS, an individual; | CASE NO.: 2:22-cv-01389-APG-DJA |
12 |                                |                                 |
   |         Plaintiff,             |                                 |
13 |                                |                                 |
14 | vs.                            |                                 |
15 | TARGET CORPORATION, DOE        |                                 |
   | EMPLOYEES OF TARGET            |                                 |
16 | CORPORATION; DOES 1-20 and ROE |                                 |
   | BUSINESS ENTITIES 1-20, inclusive, |                             |
17 |                                |                                 |
18 |         Defendants.            |                                 |

19

20       **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

21 ///
22 ///
23
24 ///
25 ///
26 ///
27 ///
28

                                   1

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 23rd day of July, 2024.                DATED this 23rd day of July, 2024.

HICKS & BRASIER, PLLC                             PERRY & WESTBROOK
                                                  A Professional Corporation

_____                   _/s/ Alan W. Westbrook_____
BETSY C. JEFFERIS-AGUILAR, ESQ.                   ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 12980                              Nevada Bar No. 6167
2630 S. Jones Blvd.                               11500 S. Eastern, Suite 140
Las Vegas, Nevada 89146                           Henderson, Nevada 89052
*Attorneys for Plaintiff*                         *Attorney for Defendant Target Corporation*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: __July 29, 2024__

2